```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CEDRIC BISHOP, on behalf of himself and others similarly situated,

                         Plaintiff,

            -against-

SUB-ZERO GROUP EAST, LLC,

                        Defendant.
-------------------------------------------------------------- X

18-CV-975 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 16, 2018, Plaintiff reported that the parties reached a settlement [Dkt. 11].

      WHEREAS on March 20, 2018 the Court entered an Order directing that this action be dismissed without costs on **April 19, 2018** unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement [Dkt. 12]; and

      WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

      IT IS HEREBY ORDERED that this action shall be dismissed. The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

**Date: April 20, 2018**
**New York, NY**

                                      _____
                                        **VALERIE CAPRONI**
                                        **United States District Judge**